**ALMEIDA LAW GROUP LLC**
Victor J. Sandoval (SBN 344461)
111 W. Ocean Blvd Suite 426
Long Beach, California 90802
(562) 534-5907
victor@almeidalawgroup.com

David S. Almeida (*pro hac vice* forthcoming)
849 W. Webster Avenue
Chicago, Illinois 60614
(312) 576-3024
david@almeidalawgroup.com

*Counsel for Plaintiff & the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SPENCER CHRISTY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>LENOVO (UNITED STATES) INC.,<br><br>Defendant. | Case No.  3:26-cv-01133<br><br>**PLAINTIFF CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>Complaint Filed: 02/05/2026<br>Trial Date: Not Set Yet |

-1-

**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned confirms that as of this date, Plaintiff and Plaintiff counsel of record are unaware of any persons, associations of persons, firms, partnerships, corporations (including parent corporations), and other entities, other than the putative class members, Plaintiff and Defendant in this action, that have either: (i) a financial interest of any kind in the subject matter in controversy or in any party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Respectfully submitted,

Dated: February 5, 2026

By: */s/ Victor J. Sandoval*
Victor J. Sandoval, SBN 344461
**ALMEIDA LAW GROUP LLC**
111 W. Ocean Blvd Ste 426,
Long Beach, CA 90802
(562) 534-5907
victor@almeidalawgroup.com

David S. Almeida (*pro hac vice* forthcoming)
849 W. Webster Avenue
Chicago, Illinois 60614
(312) 576-3024
david@almeidalawgroup.com

*Counsel for Plaintiff & the Proposed Classes*

**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**