# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SPENCER CHRISTY, *individually and on behalf of all others similarly situated*,<br><br>                                  Plaintiff,<br><br>          vs.<br><br>LENOVO (UNITED STATES) INC.,<br><br>                                  Defendant. | Case No. 3:26-cv-01133-LJC<br><br>**ORDER GRANTING  STIPULATION FOR EXTENSION OF CASE DEADLINES** |

Having reviewed and considered the Stipulation for Extension of Case Deadlines, and upon good cause shown, it is hereby **ORDERED** that:

1.      Defendant's deadline to answer or otherwise respond to the Complaint is hereby extended 60 days to and including May 4, 2026;

2.      Plaintiff shall have 60 days to respond to any motion to dismiss filed by Defendant in response to the Complaint; and

3.      Defendant shall have 30 days to file a reply in support of any motion to dismiss it files in response to the Complaint.

1

ORDER GRANTING STIPULATION FOR EXTENSION OF CASE DEADLINES                    CASE NO. 3:26-CV-01133-LJC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: March 9, 2026

LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

2