**AKIN GUMP STRAUSS HAUER & FELD LLP**
LAURA D. SMOLOWE (SBN 263012)
lsmolowe@akingump.com
LAUREN E. HUENNEKENS (SBN 328855)
lhuennekens@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone:    +1 310.229.1000
Facsimile:    +1 310.229.1001

**AKIN GUMP STRAUSS HAUER & FELD LLP**
ASHLEY VINSON CRAWFORD (SBN 257246)
avcrawford@akingump.com
FATIMA BISHTAWI (SBN 363224)
fbishtawi@akingump.com
100 Pine Street, Suite 3200
San Francisco, CA 94111
Telephone:    +1 415.765.9500
Facsimile:    +1 415.765.9501

**AKIN GUMP STRAUSS HAUER & FELD LLP**
ELIZABETH SCOTT (*pro hac vice* forthcoming)
edscott@akingump.com
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone:    +1 214.969.2800
Facsimile:    +1 214.969.4343

Attorneys for Defendant
LENOVO (UNITED STATES) INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SPENCER CHRISTY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>                    Defendant. | Case No. 3:26-cv-01133-CRB<br><br>**JOINT STIPULATION REGARDING RESCHEDULING OF MAY 15, 2026 CASE MANAGEMENT CONFERENCE**<br> ORDER<br>Date Action Filed: February 5, 2026 |

Plaintiff Spencer Christy ("Plaintiff") and Defendant Lenovo (United States) Inc. ("Lenovo" and, together with Plaintiff, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, the Court scheduled a Case Management Conference for May 15, 2026 at 8:30 a.m.;

**WHEREAS**, lead counsel for Lenovo is unavailable on May 15, 2026, due to previously scheduled international travel;

**WHEREAS**, the Parties have met and conferred and agree that good cause exists to reschedule the May 15, 2026 Case Management Conference to the Court's earliest available alternative date;

**WHEREAS**, the Parties have further met and conferred and agree that both Parties are available on any date in May and June for the Conference, except for May 8-15 (the aforementioned international travel), May 29, and June 5;

**WHEREAS**, the Parties have further met and conferred and agree that they will hold the Fed. R. Civ. P. 26(f) conference and exchange initial disclosures by the currently scheduled deadlines;

**WHEREAS**, the Parties are requesting solely that the Court reschedule the Case Management Conference and not otherwise requesting that the Court alter the deadlines to hold the Fed. R. Civ. P. 26(f) conference or exchange initial disclosures;

**WHEREAS**, the Parties otherwise reserve and preserve all claims, defenses, rights, and remedies;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES THAT:**

1. The Case Management Conference scheduled for May 15, 2026 at 8:30 a.m. should be vacated and rescheduled;

2. The Case Management Conference should be rescheduled for the Court's earliest available alternative date in May or June 2026; and

3.    The Parties are available for the rescheduled Case Management Conference in May and June 2026 with exception of the following date May 8-15, May 29, and June 5.

**IT IS SO STIPULATED.**

Dated:  April 9, 2026         By:    **AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Laura D. Smolowe*
Laura D. Smolowe
Lauren E. Huennekens
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067

Ashley Vinson Crawford
Fatima Bishtawi
**AKIN GUMP STRAUSS HAUER & FELD LLP**
100 Pine Street, Suite 3200
San Francisco, CA 94111

Elizabeth Scott (*pro hac vice* forthcoming)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2300 N. Field Street, Suite 1800
Dallas, TX 75201

Attorneys for Defendant
LENOVO (UNITED STATES) INC.

Dated:  April 9, 2026         By:    **ALMEIDA LAW GROUP LLC**

*/s/ Victor J. Sandoval*
Victor J Sandoval
111 W. Ocean Boulevard, Suite 426
Long Beach, CA 90802

David S. Almeida (*pro hac vice* forthcoming)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614

Attorneys for Plaintiff
SPENCER CHRISTY

3

## **ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures list, on whose behalf the filing is being submitted, concur in the filing's content and have authorized the filing.

Dated:  April 9, 2026

By:  */s/ Laura D. Smolowe*
Laura D. Smolowe
**AKIN GUMP STRAUSS HAUER & FELD LLP**

Attorneys for Defendant
LENOVO (UNITED STATES) INC.

4

**AKIN GUMP STRAUSS HAUER & FELD LLP**
LAURA D. SMOLOWE (SBN 263012)
lsmolowe@akingump.com
LAUREN E. HUENNEKENS (SBN 328855)
lhuennekens@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Telephone:    +1 310.229.1000
Facsimile:    +1 310.229.1001

**AKIN GUMP STRAUSS HAUER & FELD LLP**
ASHLEY VINSON CRAWFORD (SBN 257246)
avcrawford@akingump.com
FATIMA BISHTAWI (SBN 363224)
fbishtawi@akingump.com
100 Pine Street, Suite 3200
San Francisco, CA 94111
Telephone:    +1 415.765.9500
Facsimile:    +1 415.765.9501

**AKIN GUMP STRAUSS HAUER & FELD LLP**
ELIZABETH SCOTT (*pro hac vice* forthcoming)
edscott@akingump.com
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone:    +1 214.969.2800
Facsimile:    +1 214.969.4343

Attorneys for Defendant
LENOVO (UNITED STATES) INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SPENCER CHRISTY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>Defendant. | Case No. 3:26-cv-01133-CRB<br><br>**DECLARATION OF LAURA D. SMOLOWE IN SUPPORT OF JOINT STIPULATION REGARDING RESCHEDULING OF MAY 15, 2026 CASE MANAGEMENT CONFERENCE**<br><br>Date Action Filed: February 5, 2026 |

## DECLARATION OF LAURA D. SMOLOWE

I, Laura D. Smolowe, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and a partner with the law firm Akin Gump Strauss Hauer & Feld LLP, counsel for Defendant Lenovo (United States) Inc. ("Lenovo") in the above-entitled action. I submit this declaration in support of the parties' Joint Stipulation Regarding Rescheduling of the May 15, 2026 Case Management Conference. I have personal knowledge of the facts set for the herein and, if called upon to do so, I would and could competently testify thereto.

2.      The Case Management Conference is currently scheduled for May 15, 2026 at 8:30 a.m.

3.      I am lead counsel for Lenovo and I am unavailable on May 15, 2026 for the Case Management Conference due to previously scheduled international travel.

4.      I met and conferred with Plaintiff Spencer Christy's counsel and the parties have agreed that good cause therefore exists to reschedule the May 15, 2026 Case Management Conference to the Court's earliest available date to enable my attendance.

5.      The parties have not previously requested any time modifications in this case and there have been no other time modifications in this case.

6.      The only effect of this request would be to reschedule the Case Management Conference. No other dates or deadlines are impacted.

7.      Based on my meet and confer conversations with Plaintiff's counsel, I am informed and believe that both parties are available on any date in May and June for the Case Management Conference, except for May 8-15 (due to the aforementioned international travel), May 29, and June 5.

///

///

///

2

DECLARATION OF LAURA D. SMOLOWE IN SUPPORT OF
JOINT STIPULATION REGARDING RESCHEDULING OF
MAY 15, 2026 CASE MANAGEMENT CONFERENCE                    Case No. 3:26-cv-01133-CRB

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of April, 2026 in Los Angeles, California.

Dated:  April 9, 2026                    */s/ Laura D. Smolowe*
                                          Laura D. Smolowe

3

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

SPENCER CHRISTY, individually and on behalf of all others similarly situated,

                Plaintiffs,

    v.

LENOVO (UNITED STATES) INC.,

                Defendant.

Case No. 3:26-cv-01133-CRB

**[~~PROPOSED~~] ORDER RE: JOINT STIPULATION REGARDING RESCHEDULING OF MAY 15, 2026 CASE MANAGEMENT CONFERENCE**

Date Action Filed: February 5, 2026

---

On April 8, 2026, Plaintiff Spencer Christy ("Plaintiff") and Defendant Lenovo (United States) Inc. ("Lenovo" and, together with Plaintiff, the "Parties"), by and through their counsel of record, stipulated and agreed to the Joint Stipulation Regarding Rescheduling of the May 15, 2026 Case Management Conference (the "Joint Stipulation"). Having read and considered the Joint Stipulation, and good cause appearing therefor, the Court hereby **ORDERS** as follows:

1.    The Case Management Conference scheduled for May 15, 2026 at 8:30 a.m. is hereby **VACATED**; and

2.    The Case Management Conference is rescheduled for _____July 10, 2026_____ at __8:30 a.m._____.m.

3.    The Parties shall file a Joint Case Management Statement on or before _____June 26, 2026_____.

**IT IS SO ORDERED.**

Dated: __April 14, 2026_____    _____
                                        **Hon. Charles R. Breyer**
                                        **United States District Judge**

2