**ALMEIDA LAW GROUP LLC**
Victor J. Sandoval (SBN 344461)
3415 S. Sepulveda Blvd. Suite 1121
Los Angeles, California 90034
(562) 534-5907
victor@almeidalawgroup.com

*Attorney for Plaintiff & the Putative Classes*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

SPENCER CHRISTY, *individually and on behalf of all others similarly situated,*

   Plaintiff,

  v.

LENOVO (UNITED STATES) INC.,

   Defendant.

Case No. 3:26-cv-01133-CRB

**DECLARATION OF VICTOR J. SANDOVAL IN SUPPORT OF SECOND STIPULATION FOR EXTENSION OF CASE DEADLINES**

Date Action Filed: February 5, 2026

---

DECLARATION OF VICTOR J. SANDOVAL           Case No. 3:26-cv-01133-CRB

**<u>DECLARATION OF VICTOR J. SANDOVAL</u>**

I, Victor J. Sandoval, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and an attorney with the law firm Almeida Law Group LLC, counsel for plaintiff Spencer Christy ("Plaintiff") in the above-entitled action.  I submit this declaration in support of the parties' Second Stipulation for an Extension of Case Deadlines.  I have personal knowledge of the facts set for the herein and, if called upon to do so, I would and could competently testify thereto.

2.      On February 5, 2026, Plaintiff filed a Complaint naming Lenovo (United States) Inc. ("Lenovo") as a defendant.

3.      The Complaint was served on Lenovo on February 10, 2026. The current deadline for Lenovo to respond to the Complaint is March 3, 2026.

4.      Counsel of record for Lenovo was retained to represent Lenovo in this action on February 26, 2026, and required additional time to review and analyze the claims, allegations, and potential defenses in this action before the current response deadline. Accordingly, the parties agreed, and the Court subsequently entered an order confirming, that Lenovo shall have 60 additional days to file a responsive pleading, up through and including May 4, 2026; should Lenovo file a motion to dismiss, Plaintiff shall have 60 days to file his opposition; and Lenovo shall have 30 days to file a reply in support of any motion to dismiss. *See* ECF No. 15 (the "First Stipulation"); *see also* ECF No. 17 (ordering the same).

5.      Subsequent to the First Stipulation, counsel for Lenovo informed me that Lenovo intended to file a Motion to Compel Arbitration and Stay Proceedings Pending Arbitration and a Motion to Strike Class Allegations, in addition to Lenovo's Motion to Dismiss Plaintiff's Complaint.

6.      Accordingly, the Parties have agreed that (i) the briefing schedule for all three currently pending Motions shall be the same; (ii) Plaintiff shall have 74 days to respond to the Motions such that Plaintiff's deadline to oppose the Motions shall be on July 17, 2026; and (iii) Lenovo shall have 40 days to file replies in support of the Motions such that Lenovo's deadline to file replies in support of the Motions shall be August 26, 2026.

DECLARATION OF VICTOR J. SANDOVAL                                Case No. 3:26-cv-01133-CRB

7.    The parties further have agreed that (i) the Court should first resolve Lenovo's Motion to Compel Arbitration, ECF No. 30; (ii) then, only if Lenovo's Motion to Compel Arbitration, ECF No. 30, is denied, the Court should next resolve Lenovo's Motion to Dismiss, ECF No. 32; and (iii) finally, unless Lenovo's Motion to Dismiss, ECF No. 32, is granted in full with prejudice, the Court should resolve Lenovo's Motion to Strike Class Allegations, ECF No. 31.

8.    Other than the First Stipulation, and Lenovo's request to reschedule the Case Management Conference (ECF Nos. 24, 26) the parties have not previously requested any time modifications in this case and there have been no other time modifications in this case.

9.    The parties have agreed and stipulated to the extension requested and no party will be prejudiced by the extension.

10.    The requested extension is sought in good faith and not for the purposes of delay or any other improper reason.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of May, 2026 in Los Angeles, California.


_/s/ Victor J. Sandoval_
Victor J. Sandoval

3

DECLARATION OF VICTOR J. SANDOVAL                                          Case No. 3:26-cv-01133-CRB