**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

SPENCER CHRISTY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LENOVO (UNITED STATES) INC.,

Defendant.

Case No. 3:26-cv-01133-CRB

**[PROPOSED] ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF CASE DEADLINES**

Having reviewed and considered the Stipulation for Extension of Case Deadlines, and upon good cause shown, it is hereby **ORDERED** that:

1.    Plaintiff shall have 74 days to respond to Defendant's Motion to Compel Arbitration and Stay Proceedings Pending Arbitration, ECF No. 30, Motion to Strike Class Allegations, ECF No. 31, and Motion to Dismiss, ECF No. 32 (collectively, the "Motions"), such that Plaintiff's deadline to oppose the Motions shall be on July 17, 2026; and

2.    Defendant shall have 40 days to file replies in support of their Motions, such that Defendant's deadline to file replies in support of the Motions shall be August 26, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:_____          _____
                                               CHARLES R. BREYER
                                               UNITED STATES DISTRICT JUDGE

1