**ALMEIDA LAW GROUP LLC**
Victor J. Sandoval (SBN 344461)
3415 S. Sepulveda Blvd. Suite 1121
Los Angeles, California 90034
(562) 534-5907
victor@almeidalawgroup.com

*Attorneys for Plaintiff & the Putative Classes*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SPENCER CHRISTY, *individually and on behalf of all others similarly situated,*<br><br>              Plaintiff,<br><br>    vs.<br><br>LENOVO (UNITED STATES) INC.,<br><br>              Defendant. | Case No. 3:26-cv-01133-CRB<br><br>**SECOND STIPULATION FOR EXTENSION OF CASE DEADLINES**: ORDER<br><br>Complaint Filed:   February 05, 2026 |

Pursuant to Federal Rule of Civil Procedure 6(b), Local Civil Rule 6-2, and the Clerk's Notice dated May 5, 2026, ECF No. 33, Defendant Lenovo (United States) Inc. ("Lenovo") and Plaintiff Spencer Christy ("Plaintiff", and together with Lenovo, the "Parties"), through their respective attorneys of record, hereby stipulate to the following briefing schedule related to Lenovo's Motion to Compel Arbitration and Stay Proceedings Pending Arbitration, ECF No. 30, Motion to Strike Class Allegations, ECF No. 31, and Motion to Dismiss, ECF No. 32 (collectively, the "Motions"). In support of the stipulation, the Parties state as follows:

1.      Plaintiff filed the Complaint on February 5, 2026.  ECF No. 1.

2.      Plaintiff served the Complaint on Lenovo on February 10, 2026.  ECF No. 10.

3.      The Parties previously stipulated that (i) Lenovo's deadline to answer or otherwise respond to the Complaint would be extended by 60 days to and including May 4, 2026; (ii) Plaintiff would  have 60 days to respond to any motion to dismiss filed by Lenovo in response to the Complaint; and (iii) Lenovo would have 30 days to file a reply in support of any motion to dismiss.  ECF No. 15 (the "First Stipulation"); *see also* ECF No. 17 (ordering the same).

4.      Subsequent to the First Stipulation, counsel for Lenovo informed counsel for Plaintiff that it intended to file a Motion to Compel Arbitration and Motion to Strike Class Allegations, in addition to Lenovo's Motion to Dismiss Plaintiff's Complaint. Sandoval Decl. ¶ 5.

5.      Accordingly, the Parties have agreed that (i) the briefing schedule for all three currently pending Motions shall be the same; (ii) Plaintiff shall have 74 days to respond to the Motions such that Plaintiff's deadline to oppose the Motions shall be on July 17, 2026; and (iii) Lenovo shall have 40 days to file replies in support of the Motions such that Lenovo's deadline to file replies in support of the Motions shall be August 26, 2026. Sandoval Decl. ¶ 6.

6.      The parties agree that (i) the Court should first resolve Lenovo's Motion to Compel Arbitration, ECF No. 30; (ii) then, only if Lenovo's Motion to Compel Arbitration, ECF No. 30, is denied, the Court should next resolve Lenovo's Motion to Dismiss, ECF No. 32; and (iii) finally, unless Lenovo's Motion to Dismiss, ECF No. 32, is granted in full with prejudice, the Court should resolve Lenovo's Motion to Strike Class Allegations, ECF No. 31. Sandoval Decl. ¶ 7.[1]

---

[1] Lenovo reserves its right to seek a stay of discovery pending resolution of the Motions.

STIPULATION FOR EXTENSION OF CASE DEADLINES                    CASE NO. 3:26-CV-01133-CRB

7.    The requested extension is sought in good faith and not for the purposes of delay or any other improper reason.  Sandoval Decl. ¶ 9.

8.    No party will be prejudiced by this extension.  Sandoval Decl. ¶ 8.

9.    This is the second extension requested by the Parties and the first extension with respect to Lenovo's currently pending Motion to Compel Arbitration and Stay Proceedings Pending Arbitration, ECF No. 30, and Motion to Strike Class Allegations, ECF No. 31.  Sandoval Decl. ¶ 7.

THEREFORE, Plaintiff and Lenovo hereby stipulate and agree, and respectfully request, an order that (a) Plaintiff shall have 74 days to respond to the Motions, to and including July 17, 2026; and (b) Lenovo shall have 40 days to file replies in support of the Motions to and including August 26, 2026. .

Dated:  May 11, 2026

By: */s/ Laura D. Smolowe*
Laura D. Smolowe (SBN 263012)
Lauren E. Huennekens (SBN 328855)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067

Ashley Vinson Crawford (SBN  257246)
Fatima Bishtawi (SBN 363224)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
100 Pine Street, Suite 3200
San Francisco, CA  94111

Elizabeth Scott (*pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2300 N. Field Street, Suite 1800
Dallas, TX  75201

Attorneys for Defendant LENOVO (UNITED STATES) INC.

2

Dated:  May 11, 2026

By:  _/s/ Victor J. Sandoval_____

**ALMEIDA LAW GROUP LLC**
Victor J. Sandoval (SBN 344461)
3415 S. Sepulveda Blvd. Suite 1121
Los Angeles, California 90034
Tel: (562) 534-5907
Email: victor@almeidalawgroup.com

David S. Almeida (*pro hac vice* forthcoming)
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (708) 437-6476
Email: david@almeidalawgroup.com

*Attorneys for Plaintiff & the Proposed Class*

3

**SIGNATURE ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in the filing of this Stipulation.

Dated:   May 11, 2026                        By: */s/ Victor J. Sandoval*
                                             Victor J. Sandoval

STIPULATION FOR EXTENSION OF CASE DEADLINES                        CASE NO. 3:26-CV-01133-CRB

**ALMEIDA LAW GROUP LLC**
Victor J. Sandoval (SBN 344461)
3415 S. Sepulveda Blvd. Suite 1121
Los Angeles, California 90034
(562) 534-5907
victor@almeidalawgroup.com

*Attorney for Plaintiff & the Putative Classes*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| SPENCER CHRISTY, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>Defendant. | Case No. 3:26-cv-01133-CRB<br><br>**DECLARATION OF VICTOR J. SANDOVAL IN SUPPORT OF SECOND STIPULATION FOR EXTENSION OF CASE DEADLINES**<br><br>Date Action Filed: February 5, 2026 |

**DECLARATION OF VICTOR J. SANDOVAL**

I, Victor J. Sandoval, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and an attorney with the law firm Almeida Law Group LLC, counsel for plaintiff Spencer Christy ("Plaintiff") in the above-entitled action.  I submit this declaration in support of the parties' Second Stipulation for an Extension of Case Deadlines.  I have personal knowledge of the facts set for the herein and, if called upon to do so, I would and could competently testify thereto.

2.      On February 5, 2026, Plaintiff filed a Complaint naming Lenovo (United States) Inc. ("Lenovo") as a defendant.

3.      The Complaint was served on Lenovo on February 10, 2026. The current deadline for Lenovo to respond to the Complaint is March 3, 2026.

4.      Counsel of record for Lenovo was retained to represent Lenovo in this action on February 26, 2026, and required additional time to review and analyze the claims, allegations, and potential defenses in this action before the current response deadline. Accordingly, the parties agreed, and the Court subsequently entered an order confirming, that Lenovo shall have 60 additional days to file a responsive pleading, up through and including May 4, 2026; should Lenovo file a motion to dismiss, Plaintiff shall have 60 days to file his opposition; and Lenovo shall have 30 days to file a reply in support of any motion to dismiss. *See* ECF No. 15 (the "First Stipulation"); *see also* ECF No. 17 (ordering the same).

5.      Subsequent to the First Stipulation, counsel for Lenovo informed me that Lenovo intended to file a Motion to Compel Arbitration and Stay Proceedings Pending Arbitration and a Motion to Strike Class Allegations, in addition to Lenovo's Motion to Dismiss Plaintiff's Complaint.

6.      Accordingly, the Parties have agreed that (i) the briefing schedule for all three currently pending Motions shall be the same; (ii) Plaintiff shall have 74 days to respond to the Motions such that Plaintiff's deadline to oppose the Motions shall be on July 17, 2026; and (iii) Lenovo shall have 40 days to file replies in support of the Motions such that Lenovo's deadline to file replies in support of the Motions shall be August 26, 2026.

DECLARATION OF VICTOR J. SANDOVAL                                        Case No. 3:26-cv-01133-CRB

7.      The parties further have agreed that (i) the Court should first resolve Lenovo's Motion to Compel Arbitration, ECF No. 30; (ii) then, only if Lenovo's Motion to Compel Arbitration, ECF No. 30, is denied, the Court should next resolve Lenovo's Motion to Dismiss, ECF No. 32; and (iii) finally, unless Lenovo's Motion to Dismiss, ECF No. 32, is granted in full with prejudice, the Court should resolve Lenovo's Motion to Strike Class Allegations, ECF No. 31.

8.      Other than the First Stipulation, and Lenovo's request to reschedule the Case Management Conference (ECF Nos. 24, 26) the parties have not previously requested any time modifications in this case and there have been no other time modifications in this case.

9.      The parties have agreed and stipulated to the extension requested and no party will be prejudiced by the extension.

10.     The requested extension is sought in good faith and not for the purposes of delay or any other improper reason.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of May, 2026 in Los Angeles, California.

_/s/ Victor J. Sandoval_
Victor J. Sandoval

DECLARATION OF VICTOR J. SANDOVAL                                    Case No. 3:26-cv-01133-CRB

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SPENCER CHRISTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO (UNITED STATES) INC.,<br><br>Defendant. | Case No. 3:26-cv-01133-CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF CASE DEADLINES** |

Having reviewed and considered the Stipulation for Extension of Case Deadlines, and upon good cause shown, it is hereby **ORDERED** that:

1.      Plaintiff shall have 74 days to respond to Defendant's Motion to Compel Arbitration and Stay Proceedings Pending Arbitration, ECF No. 30, Motion to Strike Class Allegations, ECF No. 31, and Motion to Dismiss, ECF No. 32 (collectively, the "Motions"), such that Plaintiff's deadline to oppose the Motions shall be on July 17, 2026; and

2.      Defendant shall have 40 days to file replies in support of their Motions, such that Defendant's deadline to file replies in support of the Motions shall be August 26, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:___May 13, 2026_____          _____
                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

1